■ COUNTY OF MONROE, Plaintiff, v RAYTHEON COMPANY et al., Defendants. FEDERAL INSURANCE COMPANY et al., Third-Party Plaintiffs-Respondents, v JOHN P. BELL & SONS, INC., Third-Party Defendant-Appellant.—Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Galloway, J. (Appeal from Order of Supreme Court,

Monroe County, Galloway, J.—Dismiss Complaint.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.